Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, California 90014
Tel: (213) 689-3014    Fax: (213) 689-3055

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Manzo, Ana<br><br><br><br>Debtor | Chapter 13<br><br>Case No. LA 2-10-bk-22682 VK<br><br>**NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS**<br><br>**Date:** May 18, 2010<br>**Time:** 2:00 P.M.<br>Place: 725 S. Figueroa Street<br>Room 103<br>Los Angeles, CA 90017 |

TO THE DEBTOR; DEBTOR'S ATTORNEY; OFFICE OF THE UNITED STATES TRUSTEE; AND ALL OTHER INTERESTED PARTIES:

Please take notice that the §341(a) meeting of Creditors in the above-referenced matter has been rescheduled for the above, **date and time.**

DATED: May 5, 2010            /s/ Nancy Curry

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
   Re:   Manzo, Ana R.

Case No. LA 2-10-bk-22682 VK

I declare that I am over the age of 18 years and not a party to the within action; that I am employed by Nancy Curry, Chapter 13 Trustee; and that on May 5, 2010 I served the within **NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS** on all interested parties in this action by mail at the following addresses:

SEE ATTACHED MATRIX

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on May 5, 2010.

/s/ Elizet Cash

Label Matrix for local noticing
0973-2
Case 2:10-bk-22682-VK
Central District Of California
Los Angeles
Wed May  5 08:19:41 PDT 2010

East West Bank
Malcolm ~ Cisneros
A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, CA 92612-7135

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

EAST WEST BANK
9300 FLAIR DRIVE 6TH FLOOR
EL MONTE CA 91731-2851

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017-5524

Wells Fargo Bank, N.A.
BDD Bankruptcy Dept,
MAC S4101-08C
100 W. Washington Street
Phoenix, AZ 85003-1805

Ana R Manzo
5914 Whittier Blvd
Los Angeles, CA 90022-4304

Leroy Bishop Austin
3250 Wilshire Blvd Ste 1500
Los Angeles, CA 90010-1608

Nancy K Curry
606 South Olive Street, Suite 950
Los Angeles, CA 90014-1668

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11