| | |
|---|---|
| NANCY CURRY, CH 13 TRUSTEE<br>606 SOUTH OLIVE ST, STE 950<br>LOS ANGELES, CA 90014<br>Telephone:  (213) 689-3014<br>Facsimile:    (213) 689-3055 | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION** | |
| In re:<br><br>**MANZO, ANA R.**<br><br><br><br>Debtor | **Chapter 13 Case No. LA 2:10-bk-22682-VK** |

**TRUSTEE'S DECLARATION THAT DEBTOR FAILED TO APPEAR FOR EXAMINATION AND THAT NO PLAN PAYMENTS HAVE BEEN RECEIVED.**

I, Nancy Curry, do hereby declare and state as follows.

1. I am the Trustee appointed with respect to Chapter 13 Case No. LA 2:10-bk-22682-VK, MANZO, ANA R. , (the "debtor").

2. The §341(a) debtor examination was scheduled for May 18, 2010 at 02:00 PM.

3. The debtor failed to appear for examination.

4. A review of my records reflects that no plan payments have been received.

I declare under penalty of perjury that the above is true and correct.

Executed on May 19, 2010 at Los Angeles, California.

                                                                                                 /s/ Nancy Curry, Chapter 13 Trustee

On May 19, 2010, a copy of this has been filed with the Court and served on

| | |
|---|---|
| MANZO, ANA R. | L. BISHOP AUSTIN |
| 5914 WHITTIER BLVD.<br>LOS ANGELES,, CA 90022 | 3250 WILSHIRE BLVD., #1500<br>LOS ANGELES, CA 90010- |

I declare that the foregoing is true and correct.

Executed on May 19, 2010 at Los Angeles, California.        /s/ Jaime Mejia